FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION 2012 JAN -5 AM 10: 48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

WYNHOPE VISTA, LLC,

    Plaintiff,

v.                                          Case No. 3:11-cv-1260-J-20JBT

DAVID BERKMAN, and
BTA FUND, LLC,

    Defendants.
_____/

## ORDER

This cause is before this Court on Plaintiff's Time-Sensitive Motion for Preliminary Injunction and Request for Waiver of Security Requirement (Dkt. 3). This Court will not set a hearing on this motion until Plaintiff notifies the Court is notified that the defendants have been served.

DONE AND ORDERED at Jacksonville, Florida, this ___ day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Katie Lee Dearing, Esq.
Rutledge Richardson Liles, Esq.