UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION 2012 APR 23 AM 11: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

WYNHOPE VISTA, LLC,
Plaintiff,

v.

Case No. 3:11-cv-1260-J-20JBT

DAVID BERKMAN, and
BTA FUND, LLC,
Defendants.
_____/

## ORDER

This cause is before this Court on Wynhope Vista, LLC's Motion for Limited Disclosure of Defendant's Financial Records (Dkt. 26) and Defendants' response thereto (Dkt. 27).

In this motion, Plaintiff seeks "limited disclosure of Defendant David Berkman's personal financial statements and Defendant BTA Fund, LLC's financial statements and other documents revealing Defendants' assets." Defendants respond that these financial documents are being sought "to gain unfair settlement leverage by improper and premature discovery" thereby "threatening to disrupt Defendants' hard-fought settlements with the other major creditors, Wells Fargo National Bank, Compass Bank, and Atlantic Capital Bank."

Accordingly, it is **ORDERED**:

Wynhope Vista, LLC's Motion for Limited Disclosure of Defendant's Financial Records (Dkt. 26) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of April, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Katie Lee Dearing, Esq.
Rutledge Richardson Liles, Esq.
Richard L. Robbins, Esq.